IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD A. JOHNSON,

    Petitioner,      JUDGMENT IN A CIVIL CASE

v.      Case No. 18-cv-334-jdp

STATE OF WISCONSIN,

    Respondent.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered Richard Johnson's petition for a writ of habeas corpus under 28 U.S.C. §2254 without prejudice to Johnson's refiling it after exhausting his state court remedies.

| /s/ | 6/22/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |